Daniel C .Girard (SBN: 114826)
Dena C. Sharp (SBN: 245869)
Adam E. Polk (SBN: 273000)
Scott M. Grzenczyk (SBN: 279309)
**GIRARD GIBBS LLP**
601 California Sreet, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibs.com

*Counsel for Plaintiffs Tiffany Bui
and Nicholas Letourneau*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BUI and NICHOLAS LETOURNEAU Individually and on Behalf of and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> v.<br><br>NYK LINE (NORTH AMERICA) INC.; NIPPON YUSEN KABUSHIKI KAISHA; WILH. WILHELMSEN HOLDING ASA, WILH. WILHELMSEN ASA, MITSUI O.S.K. LINES. LTD.; KAWASAKI KISEN KAISHA, LTD.; "K" LINE AMERICA, INC.; EUKOR CAR CARRIERS INC.; WALLENIUS WILHELMSEN LOGISTICS AS; WILH. WILHELMSEN ASA; WALLENIUS WILHELMSEN LOGISTICS AMERICAS LLC; WALLENIUS LINES AB, COMPAÑÍA SUD AMERICANA DE VAPORES, S.A.; TOYOFUJI SHIPPING CO., LTD.; AND NISSAN MOTOR CAR CARRIER CO., LTD.,<br><br>    Defendants. | Case No.: 3:13-cv-03516-~~JCS~~ JST |

## **STIPULATION EXTENDING TIME**

WHEREAS, Plaintiffs have filed a complaint on behalf of indirect purchasers of vehicle carrier services against a number of defendants alleging violations of Section 1 of the

---

Sherman Act and various state laws in connection with sales of vehicle carrier services (the "Complaint");

WHEREAS, several related civil actions have been filed in District Courts across the country, including *F. Ruggiero & Sons, Inc., et al. v. NYK Line (North America) Inc. et al.*, No. 2:13-cv-00016-ES-SCM (D.N.J. May 24, 2013); *Nelson v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-00604-HLA-MCR (M.D. Fla. May 24, 2013); *MacQuarrie, et al. v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-2409-JST (N.D. Cal. May 28, 2013); *Knudson v. NYK Line (North America), Inc.*, No. 2:13-cv-03485-ES-SCM (D.N.J. June 5, 2013); *Schroeder v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-01319-DHB (S.D. Cal. June 6, 2013); *Adame v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-00651-HAL-JBT (M.D. Fla. June 6, 2013); *Martens Cars of Wash., Inc., et al. v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-02696-EDL (N.D. Cal. June 12, 2013); *Levis, et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-02895-NC (N.D. Cal. June 24, 2013); *Spicer et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-02894-DMR (N.D. Cal. June 24, 20133); *Stasik v. Nippon Yusen Kabushiki et al.*, No. 13-cv-1467-LAB-BLM (S.D. Cal. June 25, 2013); and it is possible that other such related actions will continue to be filed (collectively, the "Related Actions");

WHEREAS, on June 13, 2013, a Motion for Consolidation and Transfer under 28 U.S.C. section 1407 was filed before the Judicial Panel on Multidistrict Litigation (the "JPML") for transfer and consolidation and/or coordination of several of the Related Actions, and Plaintiffs and Defendants in the Related Actions expect that a consolidated amended complaint ("CAC") will be filed in this action following an order of the JPML;

WHEREAS, Plaintiffs and Defendants in the Related Actions have entered into a stipulation dated July 3, 2013, a copy of which is annexed as Exhibit A, extending Defendants' time to move or answer or otherwise respond to the complaints in the Related Actions or the CAC;

WHEREAS, Plaintiffs in this case desire to join that stipulation and extend the deadlines in this case in accordance with its terms;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. Subject to paragraph 4 below, the Stipulating Defendants shall have no obligation to respond to the Complaints in the Related Actions until after the JPML has entered an order in connection with the motion for transfer and consolidation and/or coordination.

2. If any of the Related Actions are consolidated and/or coordinated for pretrial proceedings, the Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond to the CAC that consolidates this action and any Related Actions within 45 days after a CAC is filed, unless the transferee court sets a different schedule. In the event the Plaintiffs serve notice that they will not file a CAC, then the Stipulating Defendants will have 45 days from the date of the notice to respond to the Complaints.

3. If any of the Related Actions are not consolidated and/or coordinated for pretrial proceedings, the Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond to the Complaints within 45 days after entry of any such order.

4. Notwithstanding paragraphs (2) and (3), above, if any Stipulating Defendant responds to any discovery request, participates in any meet and confer, files an answer, moves, and/or otherwise responds pursuant to Fed. R. Civ. P. 12 in any of the Related Actions before the date required by this Stipulation, that Stipulating Defendant will serve Plaintiffs with discovery, meet and confer, answer, move, and/or otherwise respond concurrently in any Related Action, unless such action has not been filed with a court for 21 days, in which case the Stipulating Defendant will serve Plaintiffs with discovery, meet and confer, answer, move, and/or otherwise respond within the time required by the Federal Rules of Civil Procedure in that action.

5. Defendants do not waive: (a) any jurisdictional defenses that may be available under Fed. R. Civ. P. 12; (b) any affirmative defenses under Fed. R. Civ. P. 8; (c) any other statutory or common law defenses that may be available to the Stipulating Defendants in any of the Related Actions; or (d) any right to seek or oppose any reassignment, transfer, or consolidation alternatives with respect to any of the Related Actions. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the extant complaints or any amended and/or consolidated complaint that may be in any of the Related Actions. Nothing herein shall be construed as an acknowledgment of service of process, a waiver

of objections to service of process, or an appearance by any defendant in any of the Related Actions.

6. Plaintiffs' obligations to serve a copy of the complaint on Defendants shall not begin to run until the filing of the CAC (or any other date set by the transferee court) or the date the JPML denies transfer.

7. Plaintiffs further agree that this Stipulation is available, without further stipulation, to all other named defendants who notify the Plaintiffs in writing of their intention to join this Stipulation (such defendants will become a Stipulating Defendant).

8. The undersigned, in accordance with Local Rule 5-5(a)(1), hereby acknowledge service of this Stipulation. The undersigned parties agree that until they have made an appearance in this matter and registered for notifications via ECF, they agree to accept service of documents other than the complaint via electronic mail at the addresses listed below.

9. Nothing in this Stipulation shall preclude Plaintiffs or the Defendants from seeking to amend the filing deadlines set forth herein.

Dated: August 29, 2013

By: /s/ Dena C. Sharp
Daniel C .Girard (SBN: 114826)
Dena C. Sharp (SBN: 245869)
Adam E. Polk (SBN: 273000)
Scott M. Grzenczyk (SBN: 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com

*Counsel for Plaintiffs Tiffany Bui and Nicholas Letourneau*

COUNSEL FOR DEFENDANTS:

| **WILMER CUTLER PICKERING HALE & DORR LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| By: /s/ Steven F. Cherry | By: /s/ Jeremy Calsyn |
| Steven F. Cherry | Jeremy Calsyn |

1875 Pennsylvania Avenue, NW  
Washington, DC 20006  
Telephone: (202) 663-6321

*Counsel for Defendant Compania Sud Americana de Vapores, S.A.*

**ARNOLD & PORTER LLP**

By: /s/ James L. Cooper

James L. Cooper  
Danielle M. Garten  
555 Twelfth Street, NW  
Washington, DC 20004-1206  
Telephone: (202) 942-5014

*Counsel for Defendants Mitsui O.S.K. Lines, Ltd., Nissan Motor Car Carrier Co., Ltd.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Scott A. Stempel

Scott A. Stempel  
J. Clayton Everett, Jr.  
1111 Pennsylvania Avenue, NW  
Washington, D.C. 20004-2541  
Telephone: (202) 739-3000

*Counsel for Defendant Toyofuji Shipping Co., Ltd.*

Mark W. Nelson  
2000 Pennsylvania Avenue, N.W.  
Washington, D.C. 20006  
Telephone: (202) 974-1500

*Counsel for Defendants "K" Line America, Inc. and Kawasaki Kisen Kaisha, Ltd.*

**BAKER & HOSTETLER LLP**

By: /s/ John R. Fornaciari

John R. Fornaciari  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036  
Telephone: (202) 861-1612

*Counsel for Defendants NYK Line (North America) Inc. and Nippon Yusen Kabushiki Kaisha*

**HOGAN LOVELLS US LLP**

By: /s/ Steven M. Edwards

Steven M. Edwards  
Megan Dixon  
875 Third Avenue  
New York, NY 10022  
Telephone: (212) 918-3506

*Counsel for Defendants Wilh. Wilhelmsen Holding ASA, Wilh. Wilhelmsen ASA, Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics Americas LLC, Wallenius Lines AB, EUKOR Car Carriers Inc.*

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 3 | |
| 4 | Dated: September 3, 2013 |
| 5 | |
| 6 | SO ORDERED: |

